## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
               Plaintiff

     v.

KATHLEEN L. HEIMBACH
ROBERT M. HEIMBACH
          Defendant(s)

Civil Action No:  02-CV-4860

### ORDER

AND NOW, this      day of                , 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1.  That the public sale held on March 05, 2003 is hereby confirmed.

2.  That the Marshal is ordered and directed to execute and deliver to Stanley Doukas, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of KATHLEEN L. HEIMBACH and ROBERT M. HEIMBACH in and to the premises sold located at 537 East Philadelphia Avenue, Boyertown, PA 19512.

3.  That jurisdiction is retained for such further orders or decrees as may be necessary.

_____

J.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br>          v.<br><br>KATHLEEN L. HEIMBACH<br>ROBERT M. HEIMBACH<br>                    Defendant(s) | Civil Action No:  02-CV-4860 |

## MOTION FOR CONFIRMATION OF PUBLIC SALE

The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

1.    In accordance with Order entered October 08, 2002 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on March 05, 2003 and sold to Stanley Doukas for a bid of $70,000.00.

2.    The Marshal's Return of Sale is attached as Exhibit B.

3.    Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

4.    The Order of October 08, 2002 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

5.    Notice has been given to all parties in interest of the presentation of this motion.

WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

GOLDBECK MCCAFFERTY & MCKEEVER
By:  Michael T. McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129
Suite 500 – The Bourse Building
111 S. Independence Mall East

Philadelphia, PA  19106
(215) 627 – 1322

s/ Michael T. McKeever

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                    Plaintiff

        v.

KATHLEEN L. HEIMBACH
ROBERT M. HEIMBACH
                    Defendant(s)

Civil Action No:  02-CV-4860

### CERTIFICATE OF SERVICE

I certify that on April 17, 2003, by first class mail, postage

prepaid, the following parties in interest were given notice this

Motion:

KATHLEEN L. HEIMBACH and ROBERT
M. HEIMBACH
537 East Philadelphia Avenue
Boyertown, PA 19512

DOMESTIC RELATIONS OF BERKS
COUNTY
633 Court Street, 6th Floor
Reading, PA 19601

BOROUGH OF BOYERTOWN
c/o Christopher J. Hastman
P.O. Box 4429, 2901 St. Lawrence
Avenue
Reading, PA 19606

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support
Enforcement
Health and Welfare Bldg. - Room
432
P.O. Box 2675
Harrisburg, PA 17105-2675

BOYERTOWN OIL CO., INC.
c/o Jack Wolf
158 N. Hanover Street, P.O. Box
444
Pottstown, PA 19464

OCCUPANTS/TENANTS
537 E. Philadelphia Avenue
Boyertown, PA 19512

STANLEY DOUKAS
200 S. Park Road
Pottstown, PA 19464-3141

Respectfully submitted,

GOLDBECK McCAFFERTY & McKEEVER
By:  Michael T. McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129

```
Suite 500 - The Bourse Building
111 S. Independence Mall East
Philadelphia, PA  19106
(215) 627 - 1322

s/ Michael T. McKeever
```