## ADVERTISING ORDER

VOUCHER #
PAID BY :

U. S. Marshals Service - Department of Justice
Room 2110    601 Market St., Phila, PA 19106

The publisher of Reading Eagle Times is authorized to publish the enclosed advertisement according to the schedule below, provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF PUBLICATION: Reading Eagle Times
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: February 5, 12, 19 and 26, 2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Kathleen L. Heimbach and Robert M. Heimbach

### AUTHORITY TO ADVERTISE

DATE: January 27, 2003
CASE NUMBER: Case No.#02-4860
SIGNATURE OF AUTHORIZING OFFICIAL: _____

---------PUBLIC VOUCHER FOR ADVERTISING--[ATTACH COPY]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: Feb. 5,12,19 & 26, 2003
NUMBER OF LINES IN AD: 203
COST PER LINE: $1.75
Affidavit Charge $2.00
TOTAL COST: $1,423.00

AFFIDAVIT - This represents a true billing for advertising order, with specifications and copy, wh[en] completed.
SIGNATURE OF ~~PUBLISHER~~: David Gerhardt
TITLE: Assistant Secretary

NAME OF PUBLICATION: Reading Eagle Times
ADDRESS: 345 Penn Street, P.O. Box 582
Reading, PA 19603

---------FOR U.S.MARSHAL SERVICE USE ONLY

I certify that the advertisement described above ap[peared in the above] named publication and that this account is correct an[d ready for] payment.

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____ CHECK # _____

---

**NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY**

Public notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated October 08, 2002, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-4860 on a judgment in the amount of $140,930.13 plus interest from January 31, 2002 rendered in the Court, in favor of the United States of America and against KATHLEEN L. HEIMBACH and ROBERT M. HEIMBACH, the following described real estate, located at 537 East Philadelphia Avenue, Boyertown, PA 19512, shall be offered for sale on March 05, 2003 at 10:00 AM at the property address of: 537 East Philadelphia Avenue, Boyertown, PA 19512, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania:

ALL THAT CERTAIN brick dwelling house and lot or piece of ground, being No. 537, situate on the north side of East Philadelphia Avenue, in the Borough of Boyertown, Berks County, Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a corner on the north side of said East Philadelphia Avenue on building line...[for other information you may contact:]

Michelle Hartzell
Phone #: (610) 775-5474
Email: Michelle.Hartzell@paallentow.fsc.usda.gov

or

Michael McKeever
Phone #: (215) 627-1322
Email: MMcKeever@goehrkelaw.com

For a complete list of all properties offered for sale by the Department of Agriculture go to:
http://www.fsales.usda.gov/