

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. **02-4860**

I, **Brian D. Hicks**, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at **537 E. Phila Ave Boyestown**. The public sale was held on **3/5/03** and the highest bidder was **Stanley Decker Doukas**, who bid the amount of $ **70,000**.

**Brian D. Hicks**
Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania