UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>KATHLEEN L. HEIMBACH<br>ROBERT M. HEIMBACH<br><br>Defendants | CIVIL NO. 02-CV-4860 |

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )   Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(X)   Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )   Certified mail by Sheriff's Office.
( )   Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )   Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )   Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY <u>COURT ORDER</u>.**

( )   Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )   Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )   Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

**7160 3901 9844 1076 3353**

TO: HEIMBACH, KATHLEEN L.
**KATHLEEN L. HEIMBACH**
537 East Philadelphia Avenue
Boyertown, PA 19512

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 30, 2002

REFERENCE: HEIMBACH, KATHLEEN L. / USA-0187
03 / 05 / 03 Berks

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service **Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: DEC 30 2002

---

**7160 3901 9844 1076 3360**

TO: HEIMBACH, ROBERT M.
**ROBERT M. HEIMBACH**
335 East Philadelphia Avenue Apt #8
Boyertown, PA 19512

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 30, 2002

REFERENCE: HEIMBACH, KATHLEEN L. / USA-0187
03 / 05 / 03 Berks

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service **Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: DEC 30 2002

---

**7160 3901 9844 1076 3339**

TO: HEIMBACH, KATHLEEN L. (mailing)
**KATHLEEN L. HEIMBACH**
335 EAST PHILADELPHIA AVENUE--APT.
Boyertown, PA 19512

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 30, 2002

REFERENCE: HEIMBACH, KATHLEEN L. / USA-0187
03 / 05 / 03 Berks

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service **Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: DEC 2002

---

**7160 3901 9844 1076 3346**

TO: HEIMBACH, ROBERT M.-- (property)
**ROBERT M. HEIMBACH**
537 EAST PHILADELPHIA AVENUE
Boyertown, PA 19512

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 30, 2002

REFERENCE: HEIMBACH, KATHLEEN L. / USA-0187
03 / 05 / 03 Berks

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service **Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: DEC 2002

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
☐ Express
☐ Registered
☐ Insured
☐ COD
☐ Return Receipt (RR) for Merchandise
☐ Certified
☐ Int'l Rec. Del.
☐ Del. Confirmation (DC)

If Registered Mail check below:
☐ Insured
☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill.
Postmark and Date of Receipt

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (if Reg.) | Insured Value | Due Sender if COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | BOYERTOWN OIL CO., INC. c/o Jack Wolf 158 N. Hanover Street P.O. Box 444 Pottstown, PA 19464 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | BOROUGH OF BOYERTOWN c/o Christopher J. Hastman P.O. Box 4429 2901 St. Lawrence Avenue Reading, PA 19606 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | PA DEPARTMENT OF PUBLIC WELFARE Bureau of Child Support Enforcement Health and Welfare Bldg. - Room 432 P.O. Box 2675 Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | DOMESTIC RELATIONS OF BERKS COUNTY 633 Court Street, 6th Floor Reading, PA 19601 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | OCCUPANTS/ TENANTS 537 E. Philadelphia Avenue Boyertown, PA 19512 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

U.S. POSTAGE PB2211913
$04.50° DEC 30 02
★★ 1752
9429
0535  MAILED FROM ZIP CODE 19106

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on Insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999                    Complete by Typewriter, Ink, or Ball Point Pen

Hershel                                      USA

*[Two certified mail return receipts, rotated 90°, shown side by side]*

**Receipt 1:**

- A. Received by (Please Print Clearly): [signature]
- B. Date of Delivery: 12/31/02
- C. Signature: X [signature] — Agent ☐ / Addressee ☐
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

HEIMBACH, ROBERT M.
**ROBERT M. HEIMBACH**
335 East Philadelphia Avenue Apt #8
Boyertown, PA 19512

GOLDBECK MCCAFFERTY &MCKEEVER
HEIMBACH, KATHLEEN L. / USA-0187   03/05/03Berks

3. Service Type: **CERTIFIED MAIL**
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7160 3901 9844 1076 3360

PS Form 3811, July 2001   Domestic Return Receipt

---

**Receipt 2:**

COMPLETE THIS SECTION ON DELIVERY

- A. Received by (Please Print Clearly): [signature]
- B. Date of Delivery: 12-31-02
- C. Signature: X [signature] — Agent ☐ / Addressee ☐
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

HEIMBACH, KATHLEEN L. (mailing)
**KATHLEEN L. HEIMBACH**
335 EAST PHILADELPHIA AVENUE--APT. #8
Boyertown, PA 19512

GOLDBECK MCCAFFERTY &MCKEEVER
HEIMBACH, KATHLEEN L. / USA-0187   03/05/03Berks

3. Service Type: **CERTIFIED MAIL**
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7160 3901 9844 1076 3339

PS Form 3811, July 2001   Domestic Return Receipt

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>KATHLEEN L. HEIMBACH<br>ROBERT M. HEIMBACH<br><br>                              Defendants | CIVIL NO. 02-CV-4860 |

## AFFIDAVIT PURSUANT TO RULE 3129

    THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        537 East Philadelphia Avenue
        Boyertown, PA 19512

1. Name and address of Owners or Reputed Owners:

        KATHLEEN L. HEIMBACH
        537 East Philadelphia Avenue
        Boyertown, PA 19512

        ROBERT M. HEIMBACH
        335 East Philadelphia Avenue Apt #8
        Boyertown, PA 19512

2. Name and address of Defendants in the judgment:

        KATHLEEN L. HEIMBACH
        537 East Philadelphia Avenue
        Boyertown, PA 19512

        ROBERT M. HEIMBACH
        335 East Philadelphia Avenue Apt #8
        Boyertown, PA 19512

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

>BOYERTOWN OIL CO., INC.
>c/o Jack Wolf
>158 N. Hanover Street, P.O. Box 444
>Pottstown, PA 19464
>
>BOROUGH OF BOYERTOWN
>c/o Christopher J. Hastman
>P.O. Box 4429, 2901 St. Lawrence Avenue
>Reading, PA 19606
>
>PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
>Health and Welfare Bldg. - Room 432
>P.O. Box 2675
>Harrisburg, PA 17105-2675
>
>DOMESTIC RELATIONS OF BERKS COUNTY
>633 Court Street, 6th Floor
>Reading, PA 19601

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.


7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>OCCUPANTS/TENANTS
>537 E. Philadelphia Avenue
>Boyertown, PA 19512

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: January 28, 2003

>GOLDBECK McCAFFERTY & McKEEVER
>BY: Joseph A. Goldbeck, Jr., Esq.
>Attorney for Plaintiff

PLEASE POST PROPERTY BY JANUARY 07, 2003

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: The United States of America | COURT CASE NUMBER: 02-CV-4860 |
| DEFENDANT: Kathleen L. Heimbach; Robert M. Heimbach | TYPE OF PROCESS: Notice of U.S. Marshall Sale |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Kathleen L. Heimbach & Robert M. Heimback

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 537 East Philadelphia Avenue, Boyertown PA 19512

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE POST HANDBILL

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 12-30-02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk
Date: 12/31/02

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above): Posted

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.
Date of Service: 1/10/03
Time: 4:00 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 15 MI @ .36 = 5.40 | | | | 5.40 | |

REMARKS: Property Foreclosed Richard Zahn Realty

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |